United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-17038-jkf
Stephen Kamau Maina                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Linda            Page 1 of 2           Date Rcvd: Jul 30, 2018
                           Form ID: 138NEW        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db         +Stephen Kamau Maina,    2573 Daniels Lane,   Quakertown, PA 18951-5075
cr         +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
             Harrisburg, PA 17102-2305
cr         +WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC# X2303-01A,    DES MOINES, IA 50328-0001
NONE        Wells Fargo Bank NA,    Home Equity Group,    1 Home Campus X2303-01A,
             Des Moines, IA  50328-0001
cr         +Wells Fargo Bank, N.A.,    1 Home Campus,   MAC X2303-01A,    Des Moines, IA 50328-0001
13385597   +Emerald Hollow Homeowners Association,    c/o Robert J. Hoffman, Esquire,
             326 West State Street,    Media, PA 19063-2616
13527011   +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
             Doylestown, PA 18901-3556
13490625   +U.S. BANK NATIONAL ASSOCATION (TRUSTEE FOR THE PEN,    211 North Front Street,
             Harrisburg, PA 17101-1406
13379548   +Wells Fargo Bank, N.A.,    P.O.Box 10335,   Des Moines, IA 50306-0335
13427753   +Wells Fargo Bank, NA,    1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jul 31 2018 01:59:59     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2018 01:59:42
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2018 01:59:56     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13379547    E-mail/Text: blegal@phfa.org Jul 31 2018 01:59:51     Pennsylvania Housing Finance Agency,
             P.O.Box 15057,   Harrisburg, PA  17105-5057
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Emerald Hollow Homeowners Association,    c/o Robert J. Hoffman, Esquire,
             326 West State Street,    Media, PA 19063-2616
cr*         Wells Fargo Bank N.A.,    1 Home Campus,   MAC X2303-01A,    Des Moines, IA  50328-0001
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
          JEFFREY C. MCCULLOUGH    on behalf of Debtor Stephen Kamau Maina jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCATION, et al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, et al... lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROBERT J. HOFFMAN    on behalf of Creditor    Emerald Hollow Homeowners Association
           collections@marcushoffman.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, et al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: Linda                Page 2 of 2              Date Rcvd: Jul 30, 2018
                              Form ID: 138NEW            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephen Kamau Maina
    Debtor(s)

Bankruptcy No: 14–17038–jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/30/18

50 – 49
Form 138_new