United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-17038-jkf
Stephen Kamau Maina                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Aug 31, 2018
                   Form ID: 195        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
db            +Stephen Kamau Maina,    2573 Daniels Lane,    Quakertown, PA 18951-5075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:
       JEFFREY C. MCCULLOUGH    on behalf of Debtor Stephen Kamau Maina jeffmccullough@bondmccullough.com,
        mbehrlacher@bondmccullough.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, et al...
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
        dmaurer@pkh.com;mgutshall@pkh.com
       LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, et al... lhaller@pkh.com,
        dmaurer@pkh.com;mgutshall@pkh.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
       ROBERT J. HOFFMAN    on behalf of Creditor    Emerald Hollow Homeowners Association
        collections@marcushoffman.com
       THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, et al...
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Stephen Kamau Maina                                  : Case No. 14–17038–jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 31, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court